IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **RONALD MAYS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv43-MHT |
| | ) | (WO) |
| **McCALLA REYMER LEIFERT PIERCE; et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's motion for a temporary restraining order (Doc. 1), it is ORDERED that the motion is denied.

Plaintiff has failed to meet the requirements for issuance of a temporary restraining order. *See Parker v. State Bd. of Pardons & Paroles*, 275 F.3d 1032, 1034-35 (11th Cir. 2001) (listing requirements); Fed. R. Civ. P. 65(b)(1).

DONE, this the 21st day of January, 2026.

                                               /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**