IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD MAYS, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
|    v. | )      2:26cv43-MHT |
| | )        (WO) |
| McCALLA REYMER LEIFERT | ) |
| PIERCE; et al., | ) |
| | ) |
|    Defendants. | ) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit against two law firms and a mortgage loan servicer asserting that they wrongfully foreclosed on his property and that their actions violated his right to due process under the United States Constitution. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for lack of subject-matter jurisdiction. Also before the court is plaintiff's "Response to Order" (Doc. 10), which the court will treat as objections to the

recommendation.   After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of April, 2026.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE

2