IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RONALD MAYS,                    )
                                )
      Plaintiff,                )
                                )        CIVIL ACTION NO.
      v.                        )          2:26cv43-MHT
                                )             (WO)
McCALLA REYMER LEIFERT          )
PIERCE; et al.,                 )
                                )
      Defendants.               )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(3) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of April, 2026.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE